FILED 10 OCT 20 13:55 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| VONDA SARGENT, as guardian ad litem for PETER LUVAIN JERVAIS, | Case No. Cv 06-1230 ST |
| Plaintiff, | ORDER |
| v. | |
| STEPHEN HENDRICK, personal representative for the ESTATE OF IAN DUNCAN, Dr. HARTWIG, Dr. JOHN VARGO, Dr. STEVEN SHELTON, and Dr. MICHAEL PUERINI, | |
| Defendants. | |

REDDEN, Judge:

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#62) on September 30, 2010. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When, as here, no objections are filed, the court is not required to give the record *de novo* review. *Lorin Corp. v. Goto & Co., Ltd.,* 700 F2d 1202, 1206 (9th Cir 1983). *See also Britt v.*

ORDER- 1

*Simi Valley Unified School Dist.*, 708 F2d 452, 454 (9th Cir 1983). I find no error. Accordingly, I adopt the Findings and Recommendation of Magistrate Judge Stewart.

Plaintiff's Motion to File Amended Complaint (#52) is denied and this case is dismissed.

IT IS SO ORDERED.

Dated this 20th day of October, 2010.

James A. Redden
United States District Judge